UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KALILAH JONES,**

   *Plaintiff,*

**v.**                                        **Case No: 8:24-cv-01748-KKM-AEP**

**FACTORTRUST, INC.,**

   *Defendant.*

_____/

## NOTICE OF SETTLEMENT

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that the Parties have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case with prejudice.

Respectfully submitted on August 30, 2024.

                                                           /s/ *Bryan J. Geiger*
                                                           Bryan J. Geiger
                                                           Florida Bar Number: 119168
                                                          Seraph Legal, P. A.
                                                          2124 W Kennedy Blvd., Suite A
                                                          Tampa, FL 33606
                                                          (813) 321-2348
                                                          BGeiger@SeraphLegal.com
                                                          *Counsel for Plaintiff*