**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KALILAH JONES,**

   *Plaintiff*,

v.   Case No. 8:24-cv-01748-KKM-AEP

**FACTORTRUST, INC.,**

   *Defendant*.

_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Kalilah Jones, and Defendant, FactorTrust, Inc., by and through their undersigned counsel, stipulate to dismiss this action, with prejudice, with each party to bear their own attorneys' fees and costs.

Dated October 4, 2024.

| | |
|---|---|
| /s/ *Bryan J. Geiger* | /s/    *Ritika Singh* |
| Bryan J. Geiger, Esq. | Ritika Singh |
| Florida Bar No. 119168 | rsingh@qslwm.com |
| Seraph Legal, P.A. | Florida Bar No. 1016708 |
| 2124 W. Kennedy Blvd., Ste. A | Quilling, Selander, Lownds, |
| Tampa, FL 33606 | Winslett & Moser, P.C. |
| BGeiger@Seraphlegal.com | 6900 N. Dallas Parkway, Suite 800 |
| (813)-321-2348 | Plano, TX 75024 |
| Counsel for Plaintiff | (214) 871-2111 Fax |
| | Counsel for FactorTrust, Inc. |